IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARY CASILLAS, <br><br> *Plaintiff,* <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> *Commissioner of Social Security,* <br><br> *Defendant.* | CIVIL ACTION NO. 3:09-CV-00076 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, it is hereby ORDERED as follows: Plaintiff's objections (docket no. 13) are OVERRULED; the magistrate judge's Report (docket no. 12) is ADOPTED *in toto*; the Commissioner's motion for summary judgment (docket no. 10) is GRANTED; Plaintiff's motion for summary judgment (docket no. 7) is DENIED; and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

Entered this  3rd   day of February, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE